

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2021

No. 04-21-00049-CV

**IN THE INTEREST OF S.R.F. AND S.W.F., CHILDREN,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00061
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant S.F.'s parental rights. This appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellee's brief was originally due to be filed on June 10, 2021. On June 10, 2021, appellee timely filed a motion for extension of time. The motion is GRANTED. Appellee's brief must be filed **no later than July 2, 2021**. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court